



# MEMORANDUM OPINION

No. 04-09-00534-CR

Crystal I. **MCBRIDE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CR-0539
Honorable Mary D. Román, Judge Presiding

PER CURIAM

Sitting: Karen Angelini, Justice
    Sandee Bryan Marion, Justice
    Phylis J. Speedlin, Justice

Delivered and Filed: January 6, 2010

DISMISSED

Appellant has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.2(a). We grant the

motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH